IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

**KRISTOPHER MORGAN**                                                                                           **PLAINTIFF**

V.                                    **CASE NO. 5:22-CV-5123**

**P. VOSITO, Parole Officer Phoenix House;
CLINT, Director of Phoenix House; NICK,
Director of Returning Home/Phoenix House;
DETECTIVE WILSON; WASHINGTON COUNTY;
MATT DURRETT, Prosecuting Attorney; and
DISTRICT COURT JUDGE MARK LINDSEY**                                               **DEFENDANTS**

**ORDER**

Comes on for consideration the Report and Recommendation (Doc. 12) filed in this case on August 23, 2022, by the Honorable Christy Comstock, United States Magistrate Judge for the Western District of Arkansas. Fourteen (14) days have passed without objections being filed by the parties.

The Court has reviewed this case and, being well and sufficiently advised, finds as follows: the Report and Recommendation is proper and should be and hereby is **ADOPTED IN ITS ENTIRETY**. Accordingly, for the reasons stated in the Magistrate Judge's Report and Recommendation, the case is **DISMISSED WITHOUT PREJUDICE** pursuant to Federal Rules of Civil Procedure 41(b) and Local Rule 5.5(c)(2).

**IT IS SO ORDERED** on this 12th day of September, 2022.

/s/ Timothy L. Brooks
TIMOTHY L. BROOKS
UNITED STATES DISTRICT JUDGE